IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY DOUGLAS BACON,<br><br>Defendant. | CR 23-41-BLG-SPW-14<br><br><br>ORDER |

Before the Court is Defendant Zachary Douglas Bacon's Motion for Early Termination of Supervised Release. (Doc. 531). The Government opposes the Motion, arguing that Bacon received a substantial break at sentencing and has not yet completed half of his supervised-release term. (Doc. 533). The Court held a hearing on May 21, 2026.

Having considered the factors set forth in 18 U.S.C. § 3553(a), Bacon's conduct while on supervision, and the parties' arguments, the Court is satisfied that early termination is warranted by "the interest of justice." *See* 18 U.S.C. § 3583(e)(1). Such termination will be effective August 25, 2026, provided that Bacon remains in full compliance with the terms of his supervision and has no violations.

1

Accordingly, IT IS HEREBY ORDERED that Bacon's Motion (Doc. 531) is GRANTED and his term of supervised release will terminate on August 25, 2026, subject to compliance with the terms above.

The Clerk shall notify the parties and the U.S. Probation Office of the making of this Order.

DATED this ___21st___ day of May, 2026.

_____
SUSAN P. WATTERS
United States District Judge

2